# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN SMITH,** | : | CIVIL ACTION NO. 1:18-CV-1554 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **STANLEY STANISH,** *et al.*, | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 31st day of July, 2019, upon consideration of defendants' motions (Docs. 25, 26), and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 25, 26) are GRANTED on the ground that plaintiff did not properly exhaust administrative remedies before filing suit.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

     /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania