# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN SMITH,<br>*Plaintiff*<br>v.<br>STANLEY STANISH, VINCENT MOONEY, JOHN WETZEL,<br>and DONALD J. O'BRIEN,<br>*Defendants* | )<br>)<br>)<br>) Civil Action No. 1:18-CV-1554<br>)<br>) (Chief Judge Conner)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

X other:   JUDGMENT be and is hereby ENTERED in favor of defendants STANLEY STANISH, VINCENT MOONEY, JOHN WETZEL, and DONALD J. O'BRIEN, and against plaintiff CHRISTIAN SMITH, in accordance with the court's memorandum (Doc. 50) and order (Doc. 51), dated July 31, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

MOTIONS

Date:   Jul 31, 2019                         *CLERK OF COURT*   PETER WELSH, Clerk of Court

                                                                                                 K. McKinney

                                                                                                 *Signature of Clerk or Deputy Clerk*